IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRAUS INDUSTRIES, INC., <br> d/b/a OLSON INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> COLONY INSURANCE COMPANY <br><br> Defendant. | Civil Action No. 04-1788 <br> Judge Terrence F. McVerry <br> Magistrate Judge Lisa Pupo Lenihan |

## ORDER

AND NOW, upon consideration of Plaintiff's Motion to Compel (Doc. No. 21), Defendant's Response, and Plaintiff's Reply, it is hereby ORDERED that Defendant shall fully respond to Plaintiff's outstanding discovery requests within thirty (30) days of the date of this Order.

Defendant's Response to the Motion amounts to an assertion that persistence in violating the discovery rules of the Federal courts, if of sufficient duration, may eventually excuse a party's non-compliance. This Court should not have to point out that, to the contrary, the flouting of its discovery rules cannot be absolved by the passage of time. Plaintiff served discovery within the discovery period appointed by this Court. Defendant failed to respond. It must do so.

_/s/ Lisa Pupo Lenihan_
LISA PUPO LENIHAN
United States Magistrate Judge

Dated: January 19, 2006

cc: Michael J. McShea, Esq.
　Malone Middleman, P.C.
　Northridge Office Plaza
　117 VIP Drive, Suite 310
　Wexford, PA  15090
　　Counsel for Plaintiff

　Theodore M. Schaer, Esq.
　Zarwin, Baum, DeVito,Kaplan,
　Schaer & Toddy, P.C.
　1515 Market St., Suite 1200
　Philadelphia, PA  19102
　　Counsel for Defendant